# United States Bankruptcy Court
## District of Delaware

| In re: HARDAGE HOTELS II, L.P., Debtor | Chapter: 11 |
|---|---|
| | Case No. |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bank. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade, debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| LEVELIFT SYSTEMS INC.<br>Attn: Accounts Receivable<br>8264 I-Preston Court<br>Jessup, MD 20794 | LEVELIFT SYSTEMS INC.<br>Attn: Accounts Receivable<br>8264 I-Preston Court<br>Jessup, MD 20794<br><br>301-658-7739 (telephone)<br>301-776-7968 (facsimile) | Trade Debt | | $24,775.00 |
| CITY OF ROCKVILLE<br>Division of Utility Billing<br>111 Maryland Ave<br>Rockville, MD 20850-2364 | CITY OF ROCKVILLE<br>Division of Utility Billing<br>111 Maryland Ave<br>Rockville, MD 20850-2364<br><br>240-314-8420 (telephone)<br>240-314-8419 (facsimile) | Utilities | | $11,515.10 |
| AMERICAN HOTEL REGISTER CO.<br>Attn: Accounts Receivable<br>16458 Collections Center Dr<br>Chicago, IL 60693 | AMERICAN HOTEL REGISTER CO<br>Attn: Accounts Receivable<br>16458 Collections Center Dr<br>Chicago, IL 60693<br><br>800-323-5686 (telephone)<br>800-688-9108 (facsimile) | Trade Debt | | $5,731.46 |
| FOOD PRO<br>Attn: Jim Bachman<br>321 East 5th Street<br>PO Box 698<br>Frederick, MD 21705-0698 | FOOD PRO<br>Attn: Jim Bachman<br>321 East 5th Street<br>PO Box 698<br>Frederick, MD 21705-0698<br><br>301-663-3171 (telephone)<br>301-662-8397 (facsimile) | Trade Debt | | $5,114.71 |
| CITY OF ROCKVILLE<br>Rockville City Police Dept<br>Community Enhancement/Code Enforcement Division<br>20 Courthouse Square Ste 205<br>Rockville, MD 20850 | CITY OF ROCKVILLE<br>Rockville City Police Dept<br>Community Enhancement/Code Enforcement Division<br>20 Courthouse Square Ste 205<br>Rockville, MD 20850<br><br>240-314-8330 (telephone)<br>240-314-8329 (facsimile) | Trade Debt | | $4,380.00 |

# United States Bankruptcy Court
## District of Delaware

In re: HARDAGE HOTELS II, L.P., Debtor

Chapter: 11

Case No.

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (continuation)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade, debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| SABRE HOSPITALITY SOLUTIONS<br>Attn SHS Billing<br>3150 Sabre Drive<br>Southlake, TX 76092 | SABRE HOSPITALITY SOLUTIONS<br>Attn: SHS Billing<br>3150 Sabre Drive<br>Southlake, TX 76092<br><br>682-605-1000 (telephone)<br>682-606-7005 (facsimile) | Trade Debt | | $3,958.76 |
| WARFIELD & SANDFORD, INC. ELEVATOR<br>Attn: Michael Sweeney<br>7811 Academy Lane<br>Laurel, MD 20707-9401 | WARFIELD & SANDFORD, INC. ELEVATOR<br>Attn: Michael Sweeney<br>7811 Academy Lane<br>Laurel, MD 20707-9401<br><br>301-575-5355 (telephone)<br>301-575-5357 (facsimile) | Trade Debt | | $3,420.00 |
| BETHESDA SOCCER CLUB<br>Attn: Wendy Sheasley<br>PO Box 34225<br>West Bethesda, MD 20827 | BETHESDA SOCCER CLUB<br>Attn: Wendy Sheasley<br>PO Box 34225<br>West Bethesda, MD 20827<br><br>301-695-6955 (telephone)<br>301-695-6956 (facsimile) | Trade Debt | | $2,960.00 |
| CVB<br>Attn Kelly Goff<br>111 Rockville Pike Ste 800<br>Rockville, MD 20850 | CVB<br>Attn: Kelly Goff<br>111 Rockville Pike Ste 800<br>Rockville, MD 20850<br><br>240-777-2062 (telephone)<br>240-777-2065 (facsimile) | Trade Debt | | $2,960.00 |
| BRICKMAN GROUP<br>Attn: Accounts Receivable<br>24600 Frederick Rd<br>Clarksburg, MD 20871 | BRICKMAN GROUP<br>Attn: Accounts Receivable<br>24600 Frederick Rd<br>Clarksburg, MD 20871<br><br>301-515-5972 (telephone)<br>301-515-9403 (facsimile) | Trade Debt | | $2,504.00 |
| MONTGOMERY COUNTY MARYLAND<br>Dept of Liquor Control<br>16650 Crabbs Branch Way<br>Rockville, MD 20855 | MONTGOMERY COUNTY MARYLAND<br>Dept of Liquor Control<br>16650 Crabbs Branch Way<br>Rockville, MD 20855<br><br>240-777-1999 (telephone)<br>240-777-1991 (facsimile) | Trade Debt | | $2,500.00 |

B4 (Official Form 4) - (12/07)

# United States Bankruptcy Court
## District of Delaware

| In re: HARDAGE HOTELS II, L.P., Debtor | Chapter: 11 |
|---|---|
| | Case No. |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (continuation)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade, debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| AMERICAN COMBUSTION INDUSTRIES INC. Attn: Accounts Receivable 3520 Blasensburg Rd Brentwood, MD 20722 | AMERICAN COMBUSTION INDUSTRIES INC. Attn: Accounts Receivable 3520 Blasensburg Rd Brentwood, MD 20722  301-779-3400 (telephone) 301-779-0425 (facsimile) | Trade Debt | | $2,366.77 |
| COMCAST Attn: Accounts Receivable 5801 Metro Dr Baltimore, MD 21215 | COMCAST Attn: Accounts Receivable 5801 Metro Dr Baltimore, MD 21215  301-424-4400 (telephone) 877-933-4187 (facsimile) | Trade Debt | | $2,266.81 |
| ECOLAB Attn: Michael Hendricks PO Box 905327 Charlotte, NC 28290-5327 | ECOLAB Attn: Michael Hendricks PO Box 905327 Charlotte, NC 28290-5327  800-352-5326 (telephone) 651-795-5273 (facsimile) | Trade Debt | | $1,781.77 |
| HOTEL SOLUTIONS USA, INC. Attn: Sylvie Guenette 2130 Dagenais Blvd West Laval, QC H&L 5X59 CANADA | HOTEL SOLUTIONS USA, INC. Attn: Sylvie Guenette 2130 Dagenais Blvd West Laval, QC H&L 5X59 CANADA  866-341-1122 ext 8913 (telephone) 866-341-4321 (facsimile) | Trade Debt | | $1,577.28 |
| MARYLAND SOCCER FOUNDATION Attn: Sadia Harris 18031 Central Park Circle Boyds, MD 20841 | MARYLAND SOCCER FOUNDATION Attn: Sadia Harris 18031 Central Park Circle Boyds, MD 20841  301-528-1480 (telephone) 301-540-4276 (facsimile) | Trade Debt | | $1,480.00 |
| HOME DEPOT Attn: Bookkeeping 15740 Shady Grove Rd Gaithersburg, MD 20877 | HOME DEPOT Attn: Bookkeeping 15740 Shady Grove Rd Gaithersburg, MD 20877  301-330-4900 (telephone) 301-330-3416 (facsimile) | Trade Debt | | $1,447.01 |

# United States Bankruptcy Court
## District of Delaware

| In re: HARDAGE HOTELS II, L.P., Debtor | Chapter: 11 |
| --- | --- |
| | Case No. |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (continuation)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade, debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
| --- | --- | --- | --- | --- |
| THE HOME DEPOT SUPPLY<br>Attn: Joe Sosa<br>PO Box 509058<br>San Diego, CA 92150-0958 | THE HOME DEPOT SUPPLY<br>Attn: Joe Sosa<br>PO Box 509058<br>San Diego, CA 92150-0958<br><br>800-798-8888 (telephone)<br>800-930-4930 (facsimile) | Trade Debt | | $1324.53 |
| ASCAP<br>Attn: General Licensing<br>2675 Paces Ferry Rd SE<br>Ste 350<br>Atlanta, GA 30339 | ASCAP<br>Attn: General Licensing<br>2675 Paces Ferry Rd SE<br>Ste 350<br>Atlanta, GA 30339<br><br>800-505-4052 (telephone)<br>None (facsimile) | Trade Debt | | $1,204.00 |
| S FREEDMAN & SONS, INC.<br>Attn: P shel<br>3322 Pennsy Dr<br>PO Box 1418<br>Landover, MD 20785 | S FREEDMAN & SONS, INC.<br>Attn: P shel<br>3322 Pennsy Dr<br>PO Box 1418<br>Landover, MD 20785<br><br>301-322-5000 (telephone)<br>301-772-7563 (facsimile) | Trade Debt | | $936.31 |

[The remainder of this page is intentionally blank.]

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION OR PARTNERSHIP

I, SAMUEL A. HARDAGE, President of HSH II, Inc., the General Partner of Hardage Hotels II, L.P., a Delaware limited partnership, named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims, and that it is true and correct to the best of my information and belief.

Dated: February 21, 2011     By:    HARDAGE HOTELS II, L.P.,
a Delaware limited partnership,

By:    HSH II, INC.,
a Delaware corporation
Its General Partner

By: _____
Samuel A. Hardage
President