IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re:                                                                       |   ) | Chapter 11 |
|------------------------------------------------------------------------------|-----|------------|
| HARDAGE HOTELS II, L.P., a Delaware limited partnership,         Debtor.     |   ) | Case No.   |

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(3), the following is the List of Equity Security Holders of the Debtor:

| NAME | MAILING ADDRESS | % EQUITY INTEREST |
|---|---|---|
| HSH II, Inc. | 12671 High Bluff Drive, Suite 300 San Diego, CA 92130 | 1% General Partnership Interest |
| Hardage Equity, LLC | 12671 High Bluff Drive, Suite 300 San Diego, CA 92130 | 99% Limited Partnership Interest |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION OR PARTNERSHIP

I, SAMUEL A. HARDAGE, President of HSH II, Inc., the General Partner of Hardage Hotels II, L.P., a Delaware limited partnership, named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders, and that it is true and correct to the best of my information and belief.

Dated: February 21, 2011

By: HARDAGE HOTELS II, L.P.,
a Delaware limited partnership,

By: HSH II, INC.,
a Delaware corporation
Its General Partner

By: _____
Samuel A. Hardage,
President